# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIM D. FULLER, et al., | ) |
| Plaintiffs, | ) Case No. 2:09-cv-01442-RCJ-PAL |
| vs. | ) **ORDER** |
| ANITA BROWN, et al., | ) (Substitution of Counsel - Dkt. #121) |
| Defendants. | ) |

This matter is before the court on a Substitution of Counsel (Dkt. #121) filed March 16, 2012. Rather than seeking to change individual counsel, it appears that Margaret G. Foley, counsel of record for Defendants Felicia Tucker, Amy Jaffe, Susan Rothschild, and Clark County, has changed law firms. Ms. Foley is no longer employed by Buckley King; she is now counsel at Lewis Brisbois Bisgaard & Smith LLP. Ms. Foley will remain counsel of record for Defendants at her new law firm.

Accordingly,

**IT IS ORDERED** that the Substitution of Counsel (Dkt. #121) is GRANTED. Margaret G. Foley of Lewis Brisbois Bisgaard & Smith LLP shall continue as counsel of record for Defendants Felicia Tucker, Amy Jaffe, Susan Rothschild, and Clark County.

Dated this 22nd day of March, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE