## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIM D. FULLMER, et al.,<br><br>                        Plaintiff,<br><br>     v.<br><br>ANITA BROWN, et al.,<br><br>                        Defendant. | Case No. 2:09-cv-01442-MMD -PAL<br><br>ORDER<br><br>(Joint Status Report Regarding Costs –<br>dkt. no. 134). |

Before the Court is the Joint Status Report Regarding Plaintiffs' Costs. (Dkt. no. 134.) The parties ask the Court to make a finding as to reasonable copy costs. The Court awards costs to Plaintiffs in the amount of $16,300.52.

This case arises out of the alleged neglect and abuse suffered by Ti'mia, Ti'mar, and Timothy Fulmer while residing at Anita Brown's home. After more than two years of litigation, Plaintiffs reached a settlement with Defendants Clark County, Felicia Tucker, Amy Jaffe, and Susan Rothschild (collectively "Clark County"). On December 7, 2011, this Court approved the settlement. (Dkt. no. 120.) This Court granted Plaintiffs' fees and ordered the parties to submit a Joint Status report as to the progress of negotiations as to costs. (Dkt. no. 133.)

According to the terms of the settlement, the parties agreed that documented costs up to $17,000 would be paid directly by Clark County. The costs provision requires Plaintiffs to submit supporting documentation of the costs to Clark County. The

parties agree regarding $13,902.62 in costs. Plaintiffs had previously agreed to withdraw $876.60 worth of scanning charges. (Dkt. no. 127, Ex.1.)

The sole remaining dispute is the reasonable per-copy charge. Plaintiffs, citing Nevada statutes and state court and government agency copying fees, argue that $.30 per copy is reasonable. Clark County, citing Ninth Circuit taxable cost of copies, argues that $.10-$.15 per copy is reasonable. The parties agree 7993 copies were made in conjunction with this case.

The Court finds that $.30 per copy is a reasonable per-copy charge. Thus, Plaintiffs are entitled to $2397.90 in copy costs plus $13,902.62 in undisputed fees for a total of $16,300.52 in costs.

IT IS THEREFORE ORDERED that Plaintiffs are awarded costs in the amount of $16,300.52.

The Clerk of the Court is directed to close this case.

DATED THIS 18th day of October 2012.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE