# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Tim D. Fullmer, at al.,

Plaintiff,

v.

Anita Brown, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-01442-MMD-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorney's fees are awarded in favor of Plaintiffs and against Clark County Defendants in the amount of $60,000.00.

October 23, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk