**ORDR**
MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

GREGORY S. MILLS, ESQ.
Nevada Bar No. 008191
MILLS & MILLS, LLC
502 S. Ninth Street
Las Vegas, Nevada 89101
Tel: (702) 386-0030

Attorneys for Plaintiff

-o0o-

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIM D. FULLMER, as natural parent of TIMOTHY FULLMER, a minor, TI'MIA FULLMER, a minor, and TI'MAR FULLMER, a minor.<br><br>Plaintiff,<br><br>v.<br><br>ANITA BROWN, individually, BOBBY JONES, individually, BERNADETTE BROWN, individually, ALVIN CARTER, individually, FELICIA TUCKER, individually and in her official capacity; AMY JAFFE, individually and in his official capacity, SUSAN ROTHSCHILD, individually and in her official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES III-X, individuals; and ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO.: 2:09-cv-01442-BES-PAL<br><br>**ORDER RELEASING FUNDS** |

Upon the petition of TIM FULLMER and good cause appearing therefore,

IT IS HEREBY ORDERED that the total amount of the proceeds of the compromise which was deposited at Bank of Nevada account number 3400640506 in a blocked trust account, be released in full, including any interest accrued, to Ti'Mar Fullmer on or after June 13, 2018.

DATED this 15th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

GANZ & HAUF

_____
MARJORIE HAUF

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626